# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICARDO VERNAIR DODSON,**

        **Plaintiff,**

                                      **Case No.: 2:18-cv-908**
**vs.**                                    **JUDGE GEORGE C. SMITH**
                                      **Magistrate Judge Deavers**

**GARY C. MOHR,** *et al.***,**

        **Defendants.**

## ORDER

On September 20, 2018, the United States Magistrate Judge issued an *Initial Screen Report and Recommendation* recommending that the Court dismiss some of Plaintiff's claims for failure to state a claim on which relief may be granted and allow some of his claims to proceed. (*See Initial Screen Report and Recommendation*, Doc. 6). The parties were advised of their right to object to the *Initial Screen Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Initial Screen Report and Recommendation*.

The *Initial Screen Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The following claims are hereby dismissed pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b) for failure to state a claim on which relief may be granted or for seeking monetary relief from a defendant who is immune from relief:

    (1) Claims against the ODRC;
    (2) Claims for money damages against the individual Defendants in their official capacities;
    (3) Claims challenging the duration of Plaintiff's incarceration;

(4) Sixth Amendment claims;

(5) Civil conspiracy claims;

(6) Fourteenth Amendment claims based on changing Plaintiff's statutory minimum parole eligibility date; and

(7) Fourteenth Amendment claim against Defendant Chrystal Alexander for intentionally withholding information beneficial to Plaintiff.

The following claims may proceed at this time:

(1) First Amendment retaliation claims against Defendants Alicia Handwerk, Ron Nelson, Jr., Tracy L. Reveal, Shirley A. Smith, and Ellen Venters;

(2) Fourteenth Amendment claims based on false reports when Plaintiff's parole was denied.

The Clerk shall remove Document 6 from the Court's pending motions list.

    **IT IS SO ORDERED**.

    */s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**