**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| RICARDO VERNAIR DODSON, | : | Case No. 2:18-cv-00908 |
| Plaintiff, | : : | District Judge Choose an item. |
| vs. | : : | Magistrate Judge Sharon L. Ovington |
| GARY C. MOHR, et al., | : : | |
| Defendants. | : : | |

# ORDER

This matter has been recommitted for resolution of the parties' ongoing discovery dispute. The recommittal Order addressed a significant expectation placed on the parties during discovery:

> Judicial intervention in discovery disputes by the Court is typically disfavored. S.D. Ohio Civ. R. 37.1. Parties are asked to resolve discovery disputes among themselves and to turn to the Court only as a last resort. *Id*. However, Defendants have not demonstrated a willingness to engage with Mr. Dodson. They have stated a reluctance to speak with Mr. Dodson via the telephone because he is incarcerated and because of the pandemic. (ECF No. 71, at 2.)  Given this lack of communication and Mr. Dodson's objections to Defendants' discovery response, a status conference in this case may be appropriate.

(ECF No. 72 at, 2.)

To determine whether a status conference is appropriate and to gain a fuller picture of the parties' ongoing discovery dispute, it is necessary to review the at-issue Interrogatories and Requests for Production of Documents and Defendants' written answers and objections to them. Although Plaintiff has re-typed some of this information

into documents he has filed in the case, it is necessary for the Court to review a complete copy of Plaintiff's actual Interrogatories and Defendants' responses and objections before determining whether a status conference is appropriate.

Defendants are therefore ORDERED to file, **on or before September 8, 2020**, a complete copy of Plaintiff's Interrogatories and Requests for Production that are the subject of Plaintiff's Motion (ECF #67), along with their answers and objections.

September 2, 2020                           *s/Sharon L. Ovington*
                                                              Sharon L. Ovington
                                                              United States Magistrate Judge