# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICARDO VERNAIR DODSON, | : | Case No. 2:18-cv-908 |
| Plaintiff, | : | District Judge Sarah D. Morrison |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| GARY C. MOHR, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION FOR SUMMARY JUDGMENT

You are hereby notified that Defendants Tracy Thalheimer, Alicia Handwerk, Ron Nelson, Jr., Tracy Reveal, and Kathleen Kovack filed a Motion for Summary Judgment on September 11, 2020. (Doc. #83). You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **October 5, 2020**. If you fail to file a response timely, Defendants' Motion for Summary Judgment may be granted and your case dismissed.

September 14, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge